FILED BY _____ D.C.
JUN 25 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Johnny Clark  CASE #
vs                    21025710
State of Florida

(1) Petition for the writ of habeas corpus Redress Grievance

(2) Come now the Petitioner Johnny Donned Clark proceeding sui juries now file this Petitioner for the court of Habeas Corpus Redress Grievance based on the following grounds

(3) The Petitioner 4th and 5th Amendment rights has been violated @ SHC detention facility by being deprived of his liberty without Due Process of Law @ 900 north Rock Road Fort Pierce Fla 34950

(4) Article 612 clearly states of thus the U.S.A constitution that the U.S. Constitution be the Supreme Law of land and the Judges in every state shall be bound thereby anythings in the constitution on law of any state to the contrary

Johnny Clark    Case # 2102510

There is no probable cause to search. me being a passenger of a car no grounds for probable cause. If you look under case status

The driver was pulled over for running a stop sign but didn't recieve a ticket

Why did the officer approach me first instead of the driver

I feel like I was tragotted by office # 371

Johnny Clark
900 N. Rock RD
Fort Pierce Fla
34950



WEST PALM BCH FL 334

22 JUN 2021 PM 3 L

This mail originated from an inmate
at the St. Lucie County Jail

United States District Court
Southern District of Florida
Office of the Clerk Room 8N09
400 North Miami Ave.
Miami Florida 33128-7716

33128-180549

Legal mail

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

**USMS INSPECTED**   **RECEIVED**   JUN 25 2021 10:59 AM

Johnny Clark

Legal mail